IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRYANT HICKS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3279

_____/

Opinion filed August 22, 2016.

An appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

Bryant Hicks, pro se.

Pamela Jo Bondi, Attorney General and Matthew Pavese, Assistant Attorney
General, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, B.L. THOMAS, and OSTERHAUS, JJ., CONCUR.